✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>STALLINGS, THOMAS D | **Judgment in a Criminal Case**<br>**(For a Petty Offense)** — Short Form<br>CM/ECF Case No. 4:26-PO-00242-AGH |

Case No.   GM1       E2722647

USM No.              E2722648

Pro Se
_____
Defendant's Attorney

**THE DEFENDANT:** STALLINGS, THOMAS D

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| | | | |

☑ Count(s)   1 (E2722648) & 2 (E2722647)    ☐ is   ☑ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court .

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.:   0129

Defendant's Year of Birth:  1983

City and State of Defendant's Residence:
COLUMBUS, GA

07/22/2026
_____
Date of Imposition of Judgment

*s/ Amelia G. Helmick*
_____
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
_____
Name and Title of Judge

07/22/2026
_____
Date